IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**10-22393-CV-Huck/White**

FREDDY CRESPO,            ) Case No.
   Petitioner,         ) 08-20231
                       )
-v-                       )
                       )
UNITED STATES OF AMERICA. )
   Respondent.         )

FILED by ___ D.C.
JUL 2 0 2010
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA. MIAMI

## AFFIDAVIT

Affiant, Freddy Crespo, being first duly sworn deposes and says the following is based on personal and knowledge unless otherwise indicated:

1. Affiant Crespo states that he his attorney Ivan Mercado never told him that he could be classified as a career offender.

2. Affiant Crespo contends that his attorney Ivan Mercado never told him that if he refused the governments offer of 180 months that his sentence could be enhanced for being a career offender warranting a 420 months sentencing exposure.

3. Affiant Crespo states that had his attorney Ivan Mercado told him of his true sentence exposure he would have accepted the governments offer of 180 months.

4. Affiant Crespo states that his attorney Ivan Mercado told him that his sentencing range was 168-210 months.

5. Affiant Crespo states that he told his attorney Ivan

Mercado that he never went in front of a Judge for the Aggravated Battery charge on 5/9/03.

6. Affiant Crespo states that he told his attorney Ivan Mercado that he sat in the Hialeah jail and was released without going inside of a courtroom.

Affiant Crespo swears under the penalty of perjury that the foregoing is true and accurate to the best of his knowledge.

Respectfully Submitted

Freddy Crespo # 80320-004

United States Penitentiary

P.O. Box 019001

Atwater, California 95301